In the Matter of the Claim of ALMA H. GROSSMAN, Respondent, v. POSTURE LINE SHOPS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— STALEY, JR., J.

1150

Gibson, P. J., Reynolds, Aulisi, Staley, Jr.. and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.